JAMES BRADLEY, Respondent, *v.* PETER WAGNER et al., Appellants.

*Bradley* v. *Wagner*, 90 App. Div. 607, affirmed.
(Submitted February 12, 1906; decided February 27, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 3, 1904, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*John P. Everett* for appellants.

*Henry Wendt* and *Edward D. Edson* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ. Absent: CULLEN, Ch. J.